# Suppliment To Motion For Extension Of Time

Bennie Barnes
v.
Superintendent Brooks
(D.A. Erie County)

C.A. No. 05-100-ERIE

## Motion For Appointment Of Counsel

Bennie E. Barnes, by Legal Assistant Ronald Chavis motions this court to appoint him counsel in the above referenced case and states that he is unable to afford counsel and is indigent and that he also has never had counsel in this case appointed from the lower court to address his claims of ineffective assistants of trial and Appellant Counsel, in their failure to file a meaningful Appeal in petitioner's behalf to address the issues raised by this Appellant that has merit, Due to fact that trial Counsel and Appellant Counsel were both from Defenders Association And the Lower Court did not appoint this petitioner Counsel in any other proceeding, Petitioner has been denied Constitutional right to Counsel And hereby motions court to appoint counsel.

Ronald Chavis
Legal Assistant

Bennie Barnes

5-4-235