In the United States District Court
For the Western District of Pennsylvania

Bennie Barnes
  Petitioner,
  v
Marilyn Brooks
  Respondent.

C.A. No. 05-100 ERIE
Electronically Filed
Susan Baxter
Magistrate Judge

## Motion for Leave to Amend Petition For Writ of Habeas Corpus

And Now, This 8 Day of August 2005 comes the Petitioner Bennie E. Barnes, Pro se who moves this Court for leave to Amend His Petition For Writ of Habeas Corpus filed in the Above Captioned matter And in Support thereof Respectfully Represents:

① The original Petition was filed with this Court on 4th month I Can't Remember the date I have no Record

② Petitioner Seeks leave to file an Amended Petition to include one Additional Claim which was Inadvertently omitted from the original Petition filed with the court

③ Petitioner Avers that the Respondents will not be Prejudiced by the Court granting leave to file An Amended Petition.

Bennie Barnes