**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA  16507**
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.                                         IN REPLYING, GIVE NUMBER
CLERK OF COURT                                               OF CASE AND NAMES OF PARTIES
814-464-9600

SEPTEMBER 15, 2005

Bernie E. Barnes, EB8245
SCI Albion
10745 Route 18
Albion, PA 16475-0002

CA 05-100 Erie

This office has received your    **Amended Petition**

| | |
|---|---|
| __ | The papers have been submitted to a member of the court for disposition; you will be advised of any decision. |
| __ | The forms you requested are enclosed. |
| __ | Due to technical defects, the pleading(s) cannot be accepted. Please correct the defect(s) checked below: |
| __ | Failure to include $150.00 filing fee for a civil complaint or to submit proper in forma pauperis petition |
| __ | Failure to include $5.00 filing fee for a habeas corpus petition or to submit proper in forma pauperis petition |
| __ | Failure to complete or sign pauper's affidavit |
| __ | Failure to submit complaint on proper 1983 forms, supplied by the Clerk Failure to submit petition on proper 2254 forms, supplied by the Clerk |
| XX | Failure to sign complaint or petition. |
| __ | Failure to furnish the correct number of copies of complaint and accompanying pleadings; must submit original and a separate, accurate copy for each defendant of all papers |
| __ | Failure to file separate petition for each conviction, attacking more than one judgment |
| __ | Failure to furnish correct number of copies of petition and accompanying papers |
| __ | Failure to submit pleadings to the court on paper no larger than 8 1/2 by 11 inches |
| __ | Failure to include certificate of authorized officer as to amount of money and securities on deposit in prison account or proper affidavit of non-compliance |
| __ | Failure to attach certificate of service regarding supplemental pleadings, after complaint or petition had been submitted and/or filed |
| __ | Failure to attach a proper certificate of service; service is not made upon the Clerk for distribution to the parties; this is the responsibility of the moving party |
| __ | Except by leave of court, discovery material is no longer accepted for filing according to Local Rule 5.5 |
| __ | Additional information required as follows: |

Very truly yours,
Robert V. Barth, Jr.
Clerk of Court

By  *Susan D. Parmeter*
Susan D. Parmeter, Deputy Clerk

NOTE:  IT IS YOUR OBLIGATION TO KEEP THE COURT INFORMED OF ALL CHANGES OF ADDRESS