*1:05-cv-100*

BLD-392                                                September 27, 2007

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **07-3789**

IN RE: BENNIE E. BARNES,
        Petitioner

Present: MCKEE, FUENTES AND VAN ANTWERPEN, <u>CIRCUIT JUDGES</u>

    Submitted is petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive petition under 28 U.S.C. § 2254

    in the above-captioned case.

                        Respectfully,

                        Clerk

MMW/SR

_____ORDER_____
The foregoing application is denied because the claims Barnes seeks to present in another § 2254 petition do not meet the criteria set forth in 28 U.S.C. § 2244(b)(2).

                        By the Court,

                        /s/ Julio M. Fuentes
                        Circuit Judge

Dated: October 18, 2007
tyw/cc: Mr. Bennie E. Barnes
        Roger M. Bauer, Esq.

A True Copy:

Marcia M. Waldron, Clerk

OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

_Western (Erie)_          Clerk of Court                    Date _10/18/07_
    District

In Re: Bennie E. Barnes                    C. of A. Nos _07-3789_
   (Caption)


_Bennie E. Barnes_
   Petitioner


Enclosures:

_10/18/07_ Certified copy of C. of A. Order by the **Court**
   (Date)

_____ Record released

_XXX_ Copy of this form to acknowledge receipt and return to C. of A.

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
       is recalled.

                    _Tonya Wyche_       _(267)-299-4938_
                     Deputy Clerk       Telephone Number

Receipt Acknowledge:

_____
   (Name)

_____
   (Date)


RECEIVED

OCT 2 2 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA